7353. DAVIS *v.* DAVIS FOUNDRY AND MACHINE WORKS.

HODGES, J. The petition in this case showing that if the servant was injured, he was injured by the negligence of a fellow servant, and that the injury was incident to the risk assumed in the service, the court did not err in sustaining the demurrer and dismissing the petition.

*Judgment affirmed.*

DECIDED JULY 31, 1916.

Action for damages; from city court of Floyd county—Judge Nunnally. February 15, 1916.

*Harris & Harris,* for plaintiff.    *Barry Wright,* for defendant.